UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**CASE NO: 1:19-cv-00306-AW-GRJ**

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| WOODSPRING SUITES PANAMA CITY, LLC, | : |
| | : |
| Defendant. | : |
| | : / |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Deborah Laufer, and Defendant, BSREP II WS Panama City, LLC f/k/a WoodSpring Suites Panama City, LLC (Plaintiff and Defendant are collectively, "the Parties"), by and through their undersigned respective attorneys and/or legal representatives, having entered into a Settlement Agreement (the "Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement.

Dated: June 10, 2020.

Respectfully submitted,

| | |
|---|---|
| *s/Philip Michael Cullen, III* | s/ Andrew Froman, Esq. |
| Philip Michael Cullen, III | Andrew Froman, Esq. |
| Attorney at Law -- Chartered | Florida Bar No. 019429 |
| (FBN 167853) | FISHER & PHILLIPS LLP |
| e-mail: CULLENIII@aolcom | 101 East Kennedy Boulevard, Suite 2350 |
| 621 South Federal Highway | Tampa, FL 33602 |
| Suite Four | Tel: (813) 769-7500 |
| Ft. Lauderdale, FL  33301 | Fax: (813) 769-7501 |
| Telephone: (954) 462-0600 | Email: afroman@laborlawyers.com |
| Facsimile: (954) 462-1717 | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendant*** |