**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**DEBORAH LAUFER,**

    **Plaintiff,**

**v.**                                              **Case No. 1:19-cv-306-AW-GRJ**

**WOODSPRING SUITES PANAMA
CITY, LLC,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal with prejudice.

ECF No. 18. The stipulation is effective without an order. *See* Fed. R. Civ. P.

41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir.

2012). This order confirms that the case has been dismissed. The clerk will close the

file.

    SO ORDERED on June 11, 2020.

                s/ *Allen Winsor*         
                United States District Judge